# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOE HAND PROMOTIONS, INC.,**
    Plaintiff,

v.                                                 Case No. 6:25-cv-207-JA-UAM

**FRONT ROW SPORTSBAR & GRILL INC. and CHARLES E. LEWIS, JR.,**
    Defendants.

## ORDER

In light of the Notice of Voluntary Dismissal (Doc. 12) filed by Plaintiff, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 5, 2025.

                                                 JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties